IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HENRY HART,

      Plaintiff,                      No. CIV S-10-1672 FCD EFB PS

      vs.

PAE GOVERNMENT SERVICES       ORDER
INCORPORATED,

      Defendant.
                                /

      Plaintiff is proceeding *pro se* and *in forma pauperis* in this action, which was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On December 1, 2010, plaintiff filed a "Motion to Include the Equal Opportunity Commission Files." Dckt. No. 8. Plaintiff states that he moves "to include documents submitted to the commission during the compilation of this case" and contends that "[t]he inclusion will reveal the defendant is fully aware and has already appeared in this action." *Id.* at 1. Attached to plaintiff's one-page motion is a copy of the service form that plaintiff submitted to the United States Marshal. *Id.* at 2.

////

////

////

1

1  Although it is unclear what precise relief plaintiff seeks in his motion, it appears that
2  plaintiff wants to show that defendant is aware of this action.  However, on December 6, 2010,
3  defendant filed an answer to plaintiff's complaint.  Therefore, plaintiff's motion, Dckt. No. 8, is
4  denied as moot.

5  SO ORDERED.
6  DATED: December 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE