IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HENRY HART,

    Plaintiff,                             No. CIV S-10-1672 KJM EFB PS

    vs.

PAE GOVERNMENT SERVICES         ORDER
INCORPORATED,

    Defendant.

        On June 22, 2011, the court heard defendant's motion to compel plaintiff to respond to defendant's First Set of Requests for Production of Documents pursuant to Federal Rule of Civil Procedure 37(a) and to produce all responsive documents, Dckt. No. 25; defendant's motion to compel plaintiff's deposition pursuant to Rule 37(a), Dckt. No. 26; and defendant's related requests for expenses pursuant to Rule 37(d). Attorney Jean Kosela appeared at the hearing on behalf of defendant; plaintiff failed to appear. Thereafter, on June 28, 2011, the undersigned issued an order granting defendant's motions to compel and granting defendant's related requests for expenses in part. Dckt. No. 33.

        On June 30, 2011, plaintiff filed a response to the June 28, 2011 order. Dckt. No. 35. The undersigned construes plaintiff's filing as a motion for reconsideration of the June 28, 2011 order pursuant to Local Rule 230(j).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration, Dckt. No. 35, will be heard on Wednesday, August 3, 2011 at 10:00 a.m. in Courtroom No. 24.

2. On or before July 20, 2011, defendant shall file an opposition or a statement of non-opposition to the motion for reconsideration.

3. On or before July 27, 2011, plaintiff may file a reply to defendant's opposition, if any.

SO ORDERED.

DATED: July 6, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE