IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HENRY HART,

      Plaintiff,                                     No. CIV S-10-1672 KJM EFB PS

      vs.

PAE GOVERNMENT SERVICES INCORPORATED,

      Defendant.                          <u>ORDER</u>

/

       On August 3, 2011, the court heard plaintiff's motion for reconsideration of the order granting defendant's motion to compel plaintiff to respond to defendant's First Set of Requests for Production of Documents and defendant's motion to compel plaintiff's deposition, and granting in part defendant's related requests for expenses. Dckt. Nos. 35, 33. Attorney Gregory C. Cheng appeared at the hearing on behalf of defendant; plaintiff appeared pro se. As stated on the record, and for the reasons stated on the record at the hearing, plaintiff's motion for reconsideration is denied.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for reconsideration, Dckt. No. 35, is denied.

////

////

1

  2. Within twenty-one days of the date of this order, plaintiff shall produce all documents responsive to defendant's First Set of Requests for Production of Documents, *see* Dckt. No. 25-2 at 5, without objection, or shall provide a verification under penalty of perjury that, after a reasonable search, plaintiff has already produced all responsive documents within his possession, custody, or control.

  3. Within thirty days of the date of this order, at a specific date and time to be noticed by defendant, plaintiff shall appear for his deposition without objection.

  4. Within thirty days of the date of this order, plaintiff shall pay to defendant's counsel $1932.00 (based on the awards of $1000.00, $603.50, and $328.50 addressed in this court's June 28, 2011 order, Dckt. No. 33).

  SO ORDERED.

DATED: August 3, 2011.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE